UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GARY CONWAY, | ) | 3:19-CV-0019-MMD-CLB |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 30, 2020 |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff is an inmate at the Northern Nevada Correctional Center and is proceeding in this case *in forma pauperis* (ECF No. 5). Therefore, the court ordered service of process to be completed by the U.S. Marshal. *Id.*

The U.S. Marshal returned service on Sgt. Matthew Kirkland by leaving a copy of the summons and complaint with a person at the front desk of the Esmeralda County Sheriff's Office which is defendant Kirkland's place of employment (ECF No. 12). Defendant Kirkland has now filed a motion to quash service stating that Kirkland was out of state on the date of service and the person served was unauthorized to accept service. *Id.*

Defendant Kirkland shall have until **Friday, February 21, 2020** to file his home address under seal with the court for repeated service of process by the U.S. Marshal. Alternatively, defendant Kirkland may withdraw his motion to quash service and proceed to file an answer or other response to the complaint.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk