UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GARY CONWAY, | ) | 3:19-CV-0019-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 6, 2020 |
| SGT. KIRKLAND, et al., | ) | |
| Defendant. | ) | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant Kirkland has waived the personal service requirement under Fed. R. Civ. P. 4 (ECF No. 24). Therefore, defendant's motion to quash service (ECF No. 15) is **DENIED as moot**.

Plaintiff filed a motion to amend complaint (ECF No. 22). Pursuant to Local Rule 15-1, plaintiff shall attach the proposed amended pleading to any motion to amend so that it will be complete in itself without reference to the superseding pleading. Plaintiff did not attach a proposed amended pleading that is complete in itself as required by LR 15-1. Therefore, plaintiff's motion for leave to file an amended complaint (ECF No. 22) is **DENIED.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:         /s/         
Deputy Clerk